IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-33917 |
| RIVAS, CESAR AUGUSTO<br>RIVAS, MINERVA NMN, | Chapter 7 |
| Debtors. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Rivas, Cesar Augusto  
    325 Runaway Bay                                        $3,059.26  
    Apartment 2A  
    Mishawka, IN 46545

Dated: May 2, 2011                       Respectfully submitted,

                                        /s/Jacqueline Sells Homann  
                                        Jacqueline Sells Homann  
                                        Jones Obenchain, LLP  
                                        600 KeyBank Building  
                                        202 South Michigan Street  
                                        Post Office Box 4577  
                                        South Bend, Indiana 46634  
                                        Telephone: (574) 233-1194  
                                        Facsimile: (574) 233-8957  
                                        Email:     jshtrustee@jonesobenchain.com

2

## Certificate Of Service

I hereby certify that on the 2nd day of May 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Benedict F. Marnocha | United States Trustee |
| bfmarnocha@hotmail.com | ustpregion10.so.ecf@usdoj.gov |

 /s/ Jacqueline Sells Homann
Jacqueline Sells Homann